**UNITED STATES of America, Plaintiff–Appellee**

·v.

**Eduardo CANTILLO, Defendant–Appellant.**

No. 15–10258
Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 16, 2015.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

---

James Matthew Wright, Assistant Federal Public Defender, Federal Public Defender's Office, Dallas, TX, David E. Sloan, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before DAVIS, JONES, and DENNIS, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Eduardo Cantillo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Cantillo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

